UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

v.

FREDERICK A. SIMONE, (1)
    a/k/a FREDDY, a/k/a
    THE NEIGHBOR;

VINCENT C. GIACCHINI, (2)
    a/k/a DEE DEE; and

FRANCIS WHITE, (3)
    a/k/a THE WHITE-HAIRED GUY

Case No. 03-CR- 10356-MLW

SEALED

ALLOWED. SO ORDERED.
NOV 20 2003

## GOVERNMENT'S MOTION TO SEAL

Pursuant to Fed. R. Crim. P. 6(e)(4), the United States Attorney hereby respectfully moves the Court to seal the Indictment, arrest warrants, this motion, the Court's order on this motion, <u>all related docket entries</u> and any other paperwork related to this matter, until further order of this Court or all Defendants are in custody, whichever is earlier. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case, as well as the government's ability to execute the arrest warrants.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Date: November 20, 2003    By: _____
                              Colin Owyang
                              Assistant U.S. Attorneys