AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     Mass.

APPEARANCE

Case Number: CR # 03-10356-MLW #2

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

FILED
In Open Court
USDC, Mass.
Date 12-1-03
By _____
Deputy Clerk    3:02 pm

Vincent Gioacchini

I certify that I am admitted to practice in this court.

12/1/03
Date

Signature

Robert A George   189400
Print Name                  Bar Number

138 Newbury St
Address

Boston    MA    02116
City       State    Zip Code

617-2626900   6172620046
Phone Number         Fax Number