UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE NO. 03-10356 MLW |
| V. | |
| VINCENT C. GIOACCHINI (2)<br>FRANCIS WHITE (3)<br>　　　　Defendants | |

NOTICE
OF STATUS CONFERENCE

ALEXANDER, U.S.M.J.

　　PLEASE TAKE NOTICE that the above-entitled case has been set for an **initial status conference** at **10:00 a.m., Wednesday, January 14, 2003,** before Magistrate Judge Alexander in Courtroom #24, 7th floor, United States Courthouse, One Courthouse Way, Boston, MA 02210.

　　Please note that the defendants need not be present.

　　　　　　　　　　　　　　　　　　　HONORABLE JOYCE LONDON ALEXANDER
　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　　　By the Court:


December 11, 2003　　　　　　　　　　　/S/ Rex Brown
Date　　　　　　　　　　　　　　　　　　Courtroom Clerk
　　　　　　　　　　　　　　　　　　　(617) 748-9238


Notice:　　　Richard Egbert, Esq.
　　　　　　Robert A. George, Esq.

　　　　　　AUSA Collin Owyang, Esq.