AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF     MASSACHUSETTS

UNITED STATES OF AMERICA

v.

VINCENT C. GIOACCHINI, A/K/A DEE DEE

## WARRANT FOR ARREST

CASE NUMBER: 03-CR-*10356-MLW*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ VINCENT C. GIOACCHINI, A/K/A DEE DEE _____
                                                                                                  Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
RICO, Hobbs Act extortion, conspiracy, interstate transportation in aid of racketeering, and aiding & abetting.

in violation of
Title _____ 18 _____ United States Code, Section(s)   1962, 1951, 371, 1952, & 2

Name of Issuing Officer

Signature of Issuing Officer

*Supervisor*
Title of Issuing Officer

11-2?-2003     Boston, MA
Date and Location

Bail fixed at $ _____ by _____
                                                          Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ WARRANT EXECUTED BY _____ BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 12/1/03 | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.