UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.              )<br>)<br>FREDERICK A. SIMONE, (1)       )<br>  a/k/a FREDDY, THE NEIGHBOR; )<br>VINCENT C. GIOACCHINI, (2)    )<br>  a/k/a DEE DEE; and          )<br>FRANCIS WHITE, (3)            )<br>  a/k/a THE WHITE-HAIRED GUY  ) | NO.  03-CR-10356-MLW |

JOINT INITIAL STATUS CONFERENCE MEMO

Pursuant to D. Mass. L.R. 116.5(A), the undersigned parties have conferred but are not yet able to address the issues enumerated in L.R. 116.5(A)(1)-(7). Instead, all defendants request an additional 45 days in which to review discovery and submit responsive discovery requests, as necessary. All parties respectfully request that the Court set an Interim Status Conference thereafter. All parties agree that the time period from and including January 14, 2003 through and including the

date of the Interim Status Conference shall be excluded for the purposes of the Speedy Trial Act, 18 U.S.C. 3161(c)(1).

                    Respectfully submitted,

| FREDERICK A. SIMONE<br>Defendant | VINCENT C. GIOACCHINI<br>Defendant |
|---|---|
| By: /s/ Kevin Reddington<br>    (by CO)<br>KEVIN J. REDDINGTON, ESQ.<br>Counsel for Defendant | By: /s/ Robert George<br>    (by CO)<br>ROBERT A. GEORGE, ESQ.<br>Counsel for Defendant |
| FRANCIS WHITE<br>Defendant | MICHAEL J. SULLIVAN<br>United States Attorney |
| By: /s/ Richard Egbert<br>    (by CO)<br>RICHARD M. EGBERT, ESQ.<br>Counsel for Defendant | By: /s/ Colin Owyang<br>ERNEST DiNISCO<br>COLIN OWYANG<br>Assistant U.S. Attorneys |

Date:  January 13, 2004