## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

<u>**UNITED STATES**</u>                     **CRIMINAL CASE**

                                                       **NO.** <u>**03-10356-MLW**</u>

         **V.**

<u>**FREDERICK A. SIMONE et al**</u>
           **Defendant(s)**

## <u>NOTICE OF HEARING</u>

<u>**WOLF, D.J.**</u>

    **PLEASE TAKE NOTICE** that the above-titled case has been set for a Hearing on defendants, Simone's and Gioacchini's, appeal of the Magistrate Judge's Order of Detention and for a scheduling conference on <u>**February 24, 2004**</u> at 10:00 A.M. before Judge Wolf in Courtroom # <u>10</u> on the <u>5</u><sup>th</sup> floor.

                                                        **TONY ANASTAS**
                                                        **CLERK OF COURT**

<u>**February 11, 2004**</u>                       **By:**    <u>**/s/ Dennis O'Leary**</u>
     **Date**                                                     **Deputy Clerk**

**Notice to:**
(crim-notice.wpd - 7/99)                                       [ntchrgcnf.]
                                                                       [kntchrgcnf.]