UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR03-10356

| United States of America | Frederick Simone |
| | Vincent Gioacchini |
| | Francis White |
| PLAINTIFF | DEFENDANT |
| Colin Owyang | Kevin Reddington |
| Ernest Dinisco | Robert George and Christopher Tarrant |
| | Richard Egbert |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf          CLERK  O'Leary                REPORTER  Twomey

CLERK'S NOTES

| DATES: | Motion Hearing/Initial Status Conference Held |
|---|---|
| 02/24/04 | Parties report that there are no matters currently pending before the magistrate judge. |
| | Court issue oral sequestration order for all the potential witnesses for the proceedings regarding detention |
| | Court makes its Memo and Order from CR90-10065 dated 8/7/90 exhibit 1 of today's date. |
| | Defendant, Simone, calls Trooper Tutungian - witness takes the stand and is sworn. Neither party calls any further witnesses. Defendant, Simone, raises an issue regarding the discovery obligations of the government. |
| | Parties report that no defendant opted out of the automatic discovery. Court releases Trooper Tutungian subject to the sequestration order pending the court's decision on detention. Court listens to oral argument from the parties. Court asks PTS to conduct an interview of the individual with whom, defendant Simone would be residing with were the Court to release him on certain conditions. Court in recesses until 2:45 PM. |
| | Court resumes. Parties are directed to order the transcript form today's proceeding. Court directs PTS to investigate the feasibility of the conditions of release proposed by the defendants, Simone and Giaocchini. Court takes the matters under advisement. Pending the PTS investigation, which ideally will be completed within the next two days. Defendant, Simone, to file the Daley affidavit by cob 2/25/04. |
| | Court focuses on the schedule for the case. Defendant's anticipate filing motions to suppress the electronic surveillance. Any discovery motions shall be filed by 4/23/2004, responses shall be filed 5/12/2004. |
| | Further status conference set for 5/6/2004 at 3:00 PM. Court excludes the time from today through 5/6/2004 with the agreement of all parties. Court closes the remainder of today's conference to the public. |
| | |