AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF

| UNITED STATES OF AMERICA V. FREDERICK SIMONE et al | **EXHIBIT AND WITNESS LIST** Case Number: CR03-10356-MLW |
|---|---|

| PRESIDING JUDGE Wolf | PLAINTIFF'S ATTORNEY Owyang, Todisco | DEFENDANT'S ATTORNEY George, Reddington, Egbert |
|---|---|---|
| TRIAL DATE (S) 02/24/04 | COURT REPORTER Twomey | COURTROOM DEPUTY O'Leary |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 2/24/04 |  | 1 | Court Memo and Order from CR901-10065 dated 8/7/90 |
|  | ----- | 2/24/04 |  |  | Defendant, Simone, calls Trooper Tutungian |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.