UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR03-10356

| | |
|---|---|
| | Frederick Simone |
| | Vincent Gioacchini |
| United States of America | Francis White |
| PLAINTIFF | DEFENDANT |
| Colin Owyang | Richard Egbert |
| Ernest DiNisco | Christopher Tarrant |
| | Robert George |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf          CLERK  O'Leary                          REPORTER  Twomey

CLERK'S NOTES

| DATES: | Status Conference |
|---|---|
| 05/06/04 | Christopher Tarrant informs the court that he is appearing on behalf of Robert George. Court orders atty. Tarrant to call attorney George and have him come to the courthouse immediately. Court resumes with attorney George in attendance. Court orders the parties to purchase copies of the transcript from today's proceedings. Court orders the defendants to be present at the next hearing. Court orders the parties to return on May 20, 2004 at 1:30 PM. Court excludes the time between today and the next hearing. Court closes the remainder of the hearing to the public. |