*Filed in Court 5/6/04 GPO*

AO 458 (Rev. 10/95) Appearance

# United States District Court
## DISTRICT OF MASSACHUSETTS

## APPEARANCE

CASE NUMBER:  03-10356-MLW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Vincent C. Gioacchini

I certify that I am admitted to practice in this court.

Date  5/6/04

Signature  *[signature]*

Print Name  Christopher M. Tarrant    Bar Number  651135

Address  138 Newbury Street, Suite 3

City  Boston    State  MA    Zip Code  02116

Phone Number  (617) 262-6900    Fax Number  (617) 262-0096

This form was electronically produced by Elite Federal Forms, Inc.