UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>FREDERICK SIMONE, )<br>VINCENT GIOACCHINI and )<br>FRANCIS WHITE, )<br>)<br>Defendants. ) | Cr. No. 03-10356-MLW |

ORDER

WOLF, D.J.                                                                                                              May 14, 2004

The court has received and read the responses to the May 7, 2004 Order, which will be addressed at the May 20, 2004 hearing, which defendants have previously been ordered to attend. It is hereby further ORDERED that:

1. Prior to the May 20, 2004 hearing, each defendant shall read the May 7, 2004 Order and at least his counsel's response to it, as well as the transcript of the May 6, 2004 hearing as previously ordered.

2. All counsel shall confer and be prepared to discuss at the May 20, 2004 hearing a schedule for determining whether there are discovery disputes defendants wish to litigate and, if so, for the filing of discovery motions. Counsel shall also be prepared to discuss, at least preliminarily, possible motions to suppress.

                                                          /s/ Charles P. Wolf
                                                          UNITED STATES DISTRICT JUDGE