UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 03-CR-10356-MLW

UNITED STATES

V.

VINCENT C. GIOACCHINI,
a/k/a DEE DEE,

FREDERICK A. SIMONE,
a/k/a FREDDY, a/k/a
THE NEIGHBOR; and

FRANCIS WHITE, a/k/a
THE WHITE HAIRED GUY.

---

**AFFIDAVIT OF COUNSEL PURSUANT TO COURT ORDER OF MAY 7, 2004**

---

I, Robert A. George, do hereby state the following to be true pursuant to the penalties of perjury:

1. I am counsel for Vincent Gioacchini in the aforementioned matter, as well as in his state court proceedings in Suffolk Superior Court (Indictment Nos. 2001-10016, 1 (nolle prosequed on April 17, 2002) and thereafter re-indicted as Nos. 2002-10632, 1-4 alleging illegal possession of a firearm, illegal possession of ammunition, receiving stolen property (revolver) and violations of the Armed Career Criminal Act).

Massachusetts for investigation of such potential violations.

Dated: May 10, 2004                    Respectfully submitted,
                                       By his attorney,

                                       _____
                                       Robert A. George, Esq.
                                       George & Associates, P.C.
                                       BBO # 189400
                                       138 Newbury Street
                                       Boston, MA 02116
                                       (617) 262-6900