UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V. )<br>)<br>FREDRICK A. SIMONE, )<br>a/k/a FREDDY, a/k/a )<br>THE NEIGHBOR; and, )<br>)<br>VINCENT C. GIOACCHINI )<br>a/k/a DEE DEE, )<br>)<br>FRANCIS WHITE, )<br>a/k/a THE WHITE-HAIRED GUY ) | CASE NO. 03-CR-10356-MLW |

## DEFENDANT VINCENT C. GIOACCHINI'S MOTION TO AMEND THE TERMS AND CONDITIONS OF BAIL

Now comes the defendant, Vincent C. Gioacchini, in the above captioned matter and respectfully requests that this Honorable Court amend the terms and conditions of his bail as follows:

1. The defendant requests permission to move his place of residence from 192 Cottage Street, East Boston, Massachusetts to 15 Frankfort Street, East Boston, Massachusetts.

2. The defendant also requests that the Court allow him to enter all areas, both inside and outside, of the property.

As reason therefor, the defendant and his wife, Grace Gioacchini, own the building located at 15 Frankfort Street and have been renovating that building in anticipation of eventually residing there. With the renovations almost complete, the residence at 15 Frankfort Street is livable. Additionally, the defendant's lease at 192 Cottage Street is scheduled to terminate at the end of August 2004.

In all other aspects, the March 29, 2004, Order of the Court shall remain in full force and effect.

Respectfully submitted,
Vincent C. Gioacchini,
By his attorney,

Robert A. George, Esq.
BBO# 189400
Robert A. George &
Associates, P.C.
138 Newbury Street
Boston, MA 02116
(617) 262-6900

**CERTIFICATE OF SERVICE**
I hereby certify that on that day a true copy of the above document was served upon the attorney of record for each party by hand/delivery of facsimile

Date: 7/26/04