**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES** | **Crim. No. 03-CR-10356-MLW** |
| **v.** | |
| **VINCENT C. GIOACCHINI** | |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO AMEND CONDITIONS OF PRETRIAL RELEASE

The United States of America, by and through its attorney, the United States Attorney for the District of Massachusetts, hereby files respectfully its Response to the July 26, 2004 Motion to Amend the Terms and Conditions of Bail ("Motion") filed by Defendant Vincent Gioacchini ("Gioacchini"). The government does not object to Gioacchini's request to move his residence to 15 Frankfort Street in East Boston, provided that 15 Frankfort Street meets with the approval of Pretrial Services.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Colin Owyang
ERNEST DiNISCO
COLIN OWYANG
Assistant U.S. Attorneys

### CERTIFICATE OF SERVICE

I, Colin Owyang, do hereby certify that I served a copy of the foregoing pleading by first-class mail on August 2, 2004 on counsel for defendant Vincent Gioacchini, Robert A. George, Esq., 138 Newbury Street, Suite 3, Boston, MA 02116.

/s/ Colin Owyang
Colin Owyang
Assistant U.S. Attorney