UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
        v.                        )
                                  )
FREDERICK SIMONE,                 )    Cr. No. 03-10356-MLW
VINCENT GIOACCHINI and            )
FRANCIS WHITE,                    )
                                  )
            Defendants.           )

ORDER

WOLF, D.J.                                      August 18, 2004

    The court has received defendant Vincent C. Gioacchini's
Motion to Amend the Terms and Conditions of Bail (Docket No. 104),
filed on July 26, 2004, and the Government's Response (Docket No.
105).  Gioacchini requests that his conditions of release be
modified to allow him to move his place of residence from 192
Cottage Street, East Boston, Massachusetts to 15 Frankfort Street,
East Boston, Massachusetts.  The court has also received a
memorandum from Pretrial Services, stating that the 15 Frankfort
Street address meets all the requirements necessary for electronic
monitoring.  Neither the government nor Pretrial Services objects
to the Motion, and the court finds that it is meritorious.
Therefore, it is hereby ORDERED that:

    1. Defendant's Motion to Amend the Terms and Conditions of
Bail is ALLOWED.

    2. The defendant shall reside at 15 Frankfort Street, East
Boston, Massachusetts.

    3. The defendant may enter all areas, both inside and outside,

of the property.

    4. All other conditions of release previously imposed shall remain in effect.

                                                  /s/ Mark L. Wolf
                                    UNITED STATES DISTRICT JUDGE