UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.

UNITED STATES OF AMERICA

v.

VINCENT GIOACCHINI, et al.,
Defendants.

DEFENDANT GIOACCHINI'S MOTION TO EXTEND TIME
FOR THE FILING OF MOTIONS

Now comes the defendant Vincent Gioacchini in the aforementioned matter, with full knowledge that his two co-defendants have filed assented-to motions to extend time (one of which has been denied by this Court), and hereby moves for an extension of time by which to file motions in his case for the following specific reasons:

1. Counsel has just finished a eight (8) day jury trial before Zobel, J. in the United States District Court entitled **United States of America v. Humberto Correia**;

2. Said trial took up most of counsel's available time in the months of late July and August, 2004 for preparation regarding that case, which involved complex electrical, cause and origin and financial issues at trial, as well as expert and summary testimony for both the Government and defense;

3. Counsel was also involved in June and early July, 2004 with other cases, including but not limited to a week long civil trial in Suffolk Superior Court and a four (4) day administrative hearing at the Board of Bar Overseers;

4. Accordingly, counsel need more time to prepare motions for filing in this case as a result of these commitments;

5. The Government has assented to this request, which is mad in the interest of justice and is not meant to be dilatory; and

6. Any date convenient to the Court is sought for this new filing date and the defendant agrees to the exclusion of that period of extended time for purposes of the Speedy Trial calculation in this case.

Respectfully Submitted,
VINCENT GIOACCHINI,
By his attorney,

Robert A. George, Esquire
BBO # 189400
George & Associates, P.C.
77 Newbury Street
Suite Four
Boston, Massachusetts 02116
617-262-6900

CERTIFICATE OF SERVICE

I, Robert A. George, do hereby state that I have delivered by facsimile on this date a copy of the aforementioned <u>Defendant Gioacchini's Motion To Extend Time For The Filing of Motions</u> to Assistant United States Attorney Ernest DiNisco, Attorney Kevin Reddington and Attorney Richard Egbert on this 8th day of September, 2004.

Robert A. George, Esquire

2