UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
          v.                   )       Criminal No. 03-CR-10356-MLW
                               )
FREDERICK A. SIMONE, ET AL.    )

NOTICE OF APPEARANCE

I hereby give notice of my appearance as additional counsel

for the United States of America in this matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____

HEIDI E. BRIEGER
Assistant U.S. Attorney
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA   02210
(617) 748-3239

CERTIFICATE OF SERVICE

I hereby certify that I have served this document by sending
a true copy thereof by first class mail to defendants' counsel
listed below.

Counsel for Frederick A. Simone        Counsel for Francis White
Kevin J. Reddington, Esquire           Richard M. Egbert, Esquire
1342 Belmont Street, Suite 203         99 Summer Street
Brockton, MA 02301                     Boston, MA 02110

Counsel for Vincent C. Gioacchini
Robert A. George, Esquire
77 Newbury Street, Floor 4
Boston, MA 02116

_____

HEIDI E. BRIEGER
Assistant U.S. Attorney

Dated:  September 17, 2004