UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                **CRIMINAL CASE**

                                                 **NO. 03-10356-MLW**

**V.**

**FREDERICK SIMONE et al**
       **Defendant(s)**

### NOTICE OF RESCHEDULING

**WOLF, D.J.**

The **STATUS CONFERENCE** originally scheduled for **OCTOBER 4, 2004** at **4:00 P.M.** before Judge **Wolf**, has been RESCHEDULED to **OCTOBER 12, 2004** at **3:30 P.M.** in Courtroom # **10** on the **5th** floor.

                      TONY ANASTAS
                      CLERK OF COURT

**September 29, 2004**                 **By:**    **/s/ Dennis O'Leary**
   **Date**                                         **Deputy Clerk**

**Notice to:**
(crim-cancel.wpd - 7/99)                                                   [ntchrgcnf.]
                                                                                            [kntchrgcnf.]