UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>   v.                                          )<br>)<br>FREDERICK SIMONE,                )
VINCENT GIOACCHINI and       )
FRANCIS WHITE,                      )<br>)<br>      Defendants.                      ) | Cr. No. 03-10356-MLW |

ORDER

WOLF, D.J.                                                          November 25, 2004

For the reasons stated at the hearing on November 25, 2004, it is hereby ORDERED that:

1. Counsel for the government and defendants Frederick Simone and Vincent Gioacchini shall, by November 30, 2004, confer and report on whether they have agreed to a resolution of the charges against either or both of these defendants.

2. If agreements have not been reached with both Simone and Gioacchini, the government shall respond to the defendants' motions by December 3, 2004, at 12:00 noon.

3. The defendants shall file replies by December 10, 2004.

4. As defendant Francis White and the government have entered into a Rule 11(c)(1)(A) plea agreement, a Rule 11 hearing will be held on December 3, 2004, at 2:00 p.m.

/s/ MARK L. WOLF
UNITED STATES DISTRICT JUDGE