

**U.S. Department of Justice**

***Michael J. Sullivan***
*United States Attorney*
*District of Massachusetts*

---

Main Reception: (617) 748-3100

*John Joseph Moakley United States Courthouse*

*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts  02210*

November 30, 2004

BY HAND DELIVERY

Honorable Mark L. Wolf
United States District Judge
U.S. District Court
One Courthouse Way
Boston, MA   02210

    Re:  United States v. Frederick Simone, et al.
       Criminal Number 03-10356-MLW

Dear Judge Wolf:

    This letter is to report the status of the plea negotiations in the above-referenced matter.  As you know, Francis White is scheduled to change his plea on December 3, 2004.  In spite of the parties' concerted efforts to resolve the charges, no other plea agreements have been reached.

          Very truly yours,

          MICHAEL J. SULLIVAN
          United States Attorney

      By:
          */Heidi E. Brieger/*
          ERNEST S. DINISCO
          HEIDI E. BRIEGER
          Assistant U.S. Attorneys

cc:  Robert A. George, Sr., Esquire
     Kevin J. Reddington, Esquire
     Richard M. Egbert, Esquire
     Patricia A. DeJuneas, Esquire