UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  )
                            )
FREDERICK SIMONE,           )    Cr. No. 03-10356-MLW
VINCENT GIOACCHINI and      )
FRANCIS WHITE,              )
                            )
        Defendants.         )

ORDER

WOLF, D.J.                                      December 16, 2004

     For the reasons stated at the hearing on December 16, 2004, it
is hereby ORDERED that:

     1. The time in which the defendants shall reply to the
government's opposition to the motions to suppress is extended to
January 4, 2005.

     2. The government shall, by January 7, 2005, inform the court
whether it wishes to file a surreply. If so, the surreply shall be
filed by January 18, 2005.

     3. The parties shall in their respective submissions address
whether there are any material differences between Massachusetts
and federal law for the motions to suppress and, if they believe
there are any such differences, whether the decisions in
Commonwealth v. Jarabek, 384 Mass. 293 (1981) and United States v.
Jarabek, 726 F.2d 889 (1st Cir. 1984) have any implications for this
case.

     4. The parties shall, in their submissions of January 4 and

January 7, 2005, inform the court of the status of the defendants'
trial dates in state court.


                                    /s/ Mark L. Wolf
                             _____
                             UNITED STATES DISTRICT JUDGE