```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| )| |
| v.                         ) | |
| ) | |
| )                            | Cr. No. 03-10356-MLW |
| VINCENT GIOACCHINI,        ) | |
|       Defendant            ) | |

                              ORDER

WOLF, D.J.                                      December 16, 2004

    On October 12, 2004, orally and in a written Order attached hereto as Exhibit 1, the court ordered counsel for defendant Vincent Gioacchini, Robert George, Esq., to reply by December 10, 2004 to the government's opposition to the defendants' pending motions and to appear on December 16, 2004, at 3:00 p.m., for a hearing on the defendants' motions to suppress. In a December 8, 2004 Order, attached hereto as Exhibit 2, the court granted a motion by defendant Frederick Simone and extended to at least December 24, 2004 the time for the defendants to file their replies.  In paragraph 3 of that Order the court stated that, "[t]he previously scheduled December 16, 2004 3:00 p.m. hearing will be used to establish a realistic and reliable schedule for the completion of briefs and decisions on the pending motions."

    Mr. George did not appear as ordered at the December 16, 2004 hearing. Nor did he ask to be excused.

    Accordingly, it is hereby ORDERED that Mr. George shall, by

December 22, 2004, file an affidavit seeking to show cause why this court should not commence criminal contempt proceedings against him, pursuant to 18 U.S.C. §401(3) and Federal Rule of Criminal Procedure 42(b), for his failure to obey the October 12, 2004 and December 8, 2004 Orders that he appear for the December 16, 2004 hearing, particularly in view of the fact that this issue has arisen previously in this case.[1]

                                                /s/ Mark L. Wolf
                                    UNITED STATES DISTRICT JUDGE

---

[1] Mr. George also failed to appear for the May 6, 2004 hearing. Later that day the court informed him that his conduct, which then included failure to obey filing deadlines, was emerging as a pattern of repeated disobedience of the court's Orders. The court also informed Mr. George that it was considering instituting criminal contempt proceedings against him. Mr. George represented that he did not appear as ordered for the May 6, 2004 hearing because he had another matter in a state court. He also said, "I can assure you [Judge Wolf] it will never happen again, that when you issue an order like this that counsel be here, that I will be here."