UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | CR. NO.  03-CR-10356-MLW |
| ) | |
| FREDERICK A. SIMONE (1),  ) | |
|   A/K/A FREDDY, THE NEIGHBOR, and ) | |
| VINCENT C. GIOACCHINI (2), ) | |
|   A/K/A DEE DEE,          ) | |
| ) | |
|         Defendants.       ) | |

**GOVERNMENT'S REQUEST FOR BRIEF ENLARGEMENT
OF TIME FOR FILING REPLY TO DEFENDANTS' REPLY TO
<u>GOVERNMENT'S OPPOSITION TO MOTIONS TO SUPPRESS</u>**

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Assistant U.S. Attorneys Ernest S. DiNisco and Heidi E. Brieger, hereby requests a one-week enlargement of time -- to Friday, January 14, 2005 -- for the filing of its reply to Defendants' Reply to Government's Opposition To Motions To Suppress. As grounds for its request, the government states that a brief amount of additional time is necessary for the adequate preparation and review of its Response.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  _/s/ Ernest DiNisco_
ERNEST S. DINISCO
HEIDI E. BRIEGER
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

    This is to certify that I have this day served upon counsel of record a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery.

This 7th day of January, 2005.

                                ERNEST S. DiNISCO
                                HEIDI E. BRIEGER
                                ASSISTANT U.S. ATTORNEYS