UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 03-10356-MLW |
| | ) |
| FREDERICK A. SIMONE, (1) | ) |
| a/ka FREDDY, THE NEIGHBOR; | ) |
| | ) |
| VINCENT C. GIOACCHINI, (2) | ) |
| a/k/a DEE DEE; and | ) |
| | ) |
| FRANCIS WHITE, (3) | ) |
| a/k/a THE WHITE-HAIRED GUY | ) |

### STATUS REPORT

Now comes the defendant, Vincent C. Gioacchini, and hereby informs the Court that he is scheduled to start trial in Suffolk Superior Court on Indictment number 02-10362 on Monday, January 10, 2005.

It appears that there is no chance for a resolution prior to trial. The Government has been informed of the status of this matter as of this date.

Respectfully Submitted,
**VINCENT GIOACCHINI,**
By his attorney,

Robert A. George, Esq.
77 Newbury Street
Suite Four
Boston, MA 02116
617-262-6900

January 7, 2005

CERTIFICATE OF SERVICE

I, Robert A. George, do hereby certify that on this 7th day of January, 2005, true copies of the following document were served via facsimile upon Ernest DiNisco, Assistant United States Attorney, One Courthouse Way, Boston, MA 02110:

1.   *Status Report.*

_____
Robert A. George, Esq.

2