# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of her deputies, and to:**

MCI - Concord.

**YOU ARE COMMANDED** to have the body of **Vincent Gioacchini** now in your custody, before the United States District Court for the District of Massachusetts, One Courthouse Way, Courtroom No. **10**, on the **5**$^{TH}$ floor, Boston, Massachusetts on **March 7, 2005**, at **2:00** P.M. for the purpose of a **Change of Plea Hearing** in the case of **United States** v. **Vincent Gioacchini** et al Criminal Matter Number **03-10356-MLW**.

And you are to retain the body of said **Vincent Gioacchini** while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said **Vincent Gioacchini** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this **2** day of **March** 20**05**.

/s/ Mark L. Wolf
**UNITED STATES DISTRICT JUDGE**
**UNITED STATES MAGISTRATE JUDGE**

**TONY ANASTAS, CLERK**

By: /s/ Dennis O'Leary
SEAL           Deputy Clerk

(Habcorp.wrt - 10/96)                    [kwhcap.] or
                                          [kwhcat.]