UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**UNITED STATES**</u>            **CRIMINAL CASE**

                          **NO.** <u>**03-10356-MLW**</u>

         **V.**

<u>**VINCENT GIOACCHINI**</u>
         **Defendant(s)**

<u>**NOTICE OF HEARING**</u>

<u>**WOLF, D.J.**</u>

     PLEASE TAKE NOTICE that the above-titled case has been set for a RULE 11 HEARING on <u>**MARCH 7, 2005**</u> at 2:00 P.M. before Judge Wolf in Courtroom # <u>10</u> on the <u>5</u>th floor.

                                              **TONY ANASTAS**
                                              **CLERK OF COURT**

<u>**March 2, 2005**</u>            **By:**    <u>/s/ Dennis O'Leary</u>
     **Date**                               **Deputy Clerk**

**Notice to:**
(crim-notice.wpd - 7/99)                   [ntchrgcnf.]
                                      [kntchrgcnf.]