UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.  CR03-10356

| United States | Vincent Gioacchini |
|---|---|
| PLAINTIFF | DEFENDANT |
| Heidi Brieger | Robert George |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf          CLERK  O'Leary          REPORTER  Twomey

## CLERK'S NOTES

| DATES: | Rule 11 Hearing |
|---|---|
| 3/7/05 | Court goes over preliminary matters with the parties prior to going forward with the Rule 11 hearing. |
| | Defendant takes the stand and is sworn. |
| | Plea colloquy given. |
| | Plea agreement letter dated 2/1/2005 marked as exhibit 1 of today's date. |
| | Government summarizes the evidence it would have presented had the case gone to trial. |
| | Defendant changes his plea on counts 1, 2, 7, 8, 9, 10 and 12 of the indictment. |
| | Court defers deciding whether to accept the defendant's change of plea until the sentencing hearing. |
| | Sentencing scheduled for May 4, 2005 at 3:00 PM |