UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  )    CRIMINAL NO. 03-10356-MLW
                            )
VINCENT C. GIOACCHINI       )
            Defendant.      )

**ASSENTED TO MOTION FOR PRELIMINARY ORDER OF FORFEITURE**

Defendant VINCENT GIOACCHINI ("GIOACCHINI" or "Defendant") has indicated, through counsel, that he intends to plead guilty, pursuant to Rule 11(c)(1)(B) of the Federal Rules of Criminal Procedure, Counts One and Two (Racketeering Acts 6, 7, 8, 10, and 11), and substantive Counts Seven, Eight, Nine, Ten, and Twelve in which he was charged in the Indictment (hereafter, the "Indictment"). The change of plea hearing is scheduled for March 2, 2005.

In his written plea agreement, GIOACCHINI agreed to forfeit approximately seven thousand five hundred dollars ($7,500) in United States currency. Therefore, the United States, by its undersigned counsel, hereby moves for entry of a preliminary order of forfeiture in the amount of $7,500 pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure.

Counts One and Two of the Indictment charged GIOACCHINI with unlawfully and knowingly conducting and participating, directly and indirectly, in the conduct of the affairs of the Enterprise, which was engaged in and the activities of which affected interstate commerce and foreign commerce, through a pattern of

racketeering activity and the collection of unlawful debt. The relevant Criminal Forfeiture Allegations set forth at pages 100-101 of the Indictment charged that upon conviction, GIOACCHINI

> shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 1963(a):
>
> (i) all interests the defendants have acquired and maintained in violation of Title 18, United States Code, Section 1962, wherever located, and in whatever names held;
>
> (ii) all interests in, securities of, claims against, and properties and contractual rights of any kind affording a source of influence over, any enterprise which the defendants have established, operated, controlled, conducted, and participated in the conduct of, in violation of Title 18, United States Code, Section 1962; and
>
> (iii) all property constituting, and derived from, any proceeds which the defendants obtained, directly and indirectly, from racketeering activity in violation of Title 18, United States Code, Section 1962. The property to be forfeited by the defendants pursuant to Title 18, United States Code, Section 1963, and subparagraphs (i) through (iii) of this paragraph, includes, but is not limited to, all of the defendants' joint and several interests in the following assets:
>
> (a) Approximately $750,000 in United States currency; ...

The Indictment charged further that:

> If any of the property described in paragraph 2 of these forfeiture allegations as being forfeitable pursuant to Title 18, United States Code, Section 1963, as a result of any act or omission of the defendants --
>
> (a) cannot be located upon the exercise of due diligence;
>
> (b) has been transferred to, sold to, or deposited with a third party;
>
> (c) has been placed beyond the jurisdiction of this Court;
>
> (d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 1963(m), to seek forfeiture of all other property of the defendants up to the value of the property described in subparagraphs (a) through (e) of this paragraph.

Section 6 of GIOACCHINI's plea agreement provides:

Defendant agrees to forfeit to the United States, at the time of sentencing, $7,500 in United States currency or negotiable instruments, all of which constitute proceeds of the racketeering activity charged in Counts One and Two of the Indictment.

Accordingly, after accepting GIOACCHINI's guilty plea, this Court should enter a preliminary order of forfeiture in the form submitted with this motion. When GIOACCHINI is sentenced, Rule 32.2(b)(3) provides that the Order of Forfeiture "must be made a part of the sentence and be included in the judgment."

WHEREFORE, the United States requests that this Court, after accepting GIOACCHINI's guilty plea, enter the Preliminary Order of Forfeiture submitted herewith.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:
ERNEST S. DINISCO
Assistant U.S. Attorney

Dated: March 2, 2005

ASSENTED TO:

ROBERT A. GEORGE, ESQ.
Counsel for GIOACCHINI

3