**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CASE NO. 03-CR-10356-MLW**

**UNITED STATES**

**v.**

**VINCENT C. GIOACCHINI,**
**a/k/a DEE DEE.**

FILED
IN CLERKS OFFICE

2005 MAR 22  A 8: 25

U.S. DISTRICT COURT
DISTRICT OF MASS

---

## MOTION TO DISCHARGE MORTGAGE

---

The Defendant Vincent Gioacchini respectfully moves for an order directing the clerk to execute the attached Discharge of Mortgage forms for the property located at 15 Frankfort Street in East Boston, Massachusetts.

In support of the within motion, the Defendant, through counsel, states as follows:

1.    The mortgage was granted to secure the Defendant's release pending trial of the aforementioned matter;

2.    This matter was concluded by guilty plea in the United States District Court; and

3.    The Defendant is in the custody of the State Department of Correction as he awaits his sentencing in this federal case.

**WHEREFORE**, the Defendant requests that the attached discharge be executed before a notary public and that the original discharge be returned to undersigned counsel for

1

filing with the appropriate Registry of Deeds.

                                        Respectfully Submitted,
                                        The Defendant,
                                        By His Attorney,


                                        Robert A. George, Esquire
                                        George & Associates, P.C.
                                        BBO 189400
                                        77 Newbury Street
                                        Suite Four
                                        Boston, Massachusetts 02116
                                        617.262.6900

Dated:    March 17, 2005


## CERTIFICATE OF SERVICE

        I, Robert A. George, do hereby certify that I have
served the foregoing:

        1.    *Motion to Discharge Mortgage.*

by delivering a copy of the same, via facsimile to 617-748-
3963, on March 17, 2005 to: Ernest DiNisco, Assistant
United States Attorney, One Courthouse Way, Boston, MA.

                                        Robert A. George