## CORRECTIVE DISCHARGE OF MORTGAGE

I, Sarah A. Thornton, Clerk of Court, United States District Court for the District Court of Massachusetts, holder of a mortgage from Grace L. Gioacchini, Trustee of the Lydia Realty Trust to the Clerk of the United States District Court for the District of Massachusetts United States Courthouse, securing the property known as 15 Frankfort Street, East Boston, Suffolk County, Massachusetts and recorded at the Suffolk County Registry of Deeds in Book 34125, Page 202, hereby acknowledge satisfaction of the same and request that the same be discharged as a matter of record.

Witness my hand and seal this __27__ day of April, 2005.

_____
Sarah A. Thornton, Clerk
United States District Court
District of Massachusetts


## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

On this __27__ day of April, 2005 before me, the undersigned notary public, personally appeared the above-named Sarah A. Thornton, proved to me through satisfactory evidence of identification, which was __PERSONALLY KNOWN__, To be the person whose name is signed on the within document and acknowledged to me that she signed it voluntarily for its stated purpose.

(seal)(

_____
Notary Public
My commission expires:

DEBORAH JEANNE KEEFE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
February 9, 2012