# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of her deputies, and to:**

MCI - Concord

**YOU ARE COMMANDED** to have the body of Vincent Gioacchini now in your custody, before the United States District Court for the District of Massachusetts, One Courthouse Way, Courtroom No. 10, on the 5TH floor, Boston, Massachusetts on May 4, 2005, at 3:00 P.M. for the purpose of a Sentencing Hearing in the case of United States v. Vincent Gioacchini et al Criminal Matter Number 03-10356-MLW.

And you are to retain the body of said Vincent Gioacchini while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Vincent Gioacchini to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 26th day of April 2005.

/s/ Mark L. Wolf
**UNITED STATES DISTRICT JUDGE**
**UNITED STATES MAGISTRATE JUDGE**

SARA A. THORNTON, CLERK

By: /s/ Dennis O'Leary
SEAL           Deputy Clerk

(Habcorp.wrt - 10/96)                                    [kwhcap.] or
                                                         [kwhcat.]