UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                    **CRIMINAL CASE**
                                                     **NO. 03-10356-MLW**

**V.**

**FREDERICK SIMONE and VINCENT GIOACCHINI**
        **Defendant(s)**

## NOTICE OF CANCELLATION/RESCHEDULING

**WOLF, D.J.**

The **SENTENCING HEARING** before Judge **Wolf**, PREVIOUSLY SCHEDULED for **MAY 5, 2005** at **3:00 PM** has been RESCHEDULED to **JUNE 16, 2005,** at **3:30 P.M.** in Courtroom # **10** on the **5th** floor.


                                                     **SARAH A. THORNTON**
                                                     **CLERK OF COURT**

**June 13, 2005**                    **By:**    **/s/ Dennis O'Leary**
        **Date**                                 **Deputy Clerk**
**Notice to:**


(crim-dispo-cancel.wpd - 7/99)                       [ntchrgcnf.][kntchrgcnf.]