UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR98-10026

|  |  |
|---|---|
|  | Frrederick Simone |
| United States of America | Vincent Gioacchini |
| PLAINTIFF | DEFENDANT |
|  |  |
| Ernest Dinisco | Kevin Reddington |
| Heidi Brieger | Robert George |
|  |  |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER   Twomey

CLERK'S NOTES

| DATES: | Sentencing Hearing |
|---|---|
| 6/16/05 | Court calculates the advisory guidelines for Simone as follows: TOL 20, CH IV, 51-63 months custody, 24-36 months supervised release, $7,500 - $75K fine and $200 special assessment fee and for Gioacchini as follows: TOL 20, CH III, 41-51 months custody, 24-36 months supervised release, $7,500 - 75K fine, 700 special assessment fee and $7,500 of forfeiture.  Government recommends a sentence of 63 months custody, to be served concurrently with his state sentence, 36 months supervised release, $200 special assessment fee as to Simone.  Defendant, Simone, joins in the government's recommendation.  Defendant, Simone addresses the court.  Government recommends a sentence of 48 months custody, 36 months supervised release, $700 special assessment fee and forfeiture of $7,500.  Government recommends that the federal sentence run concurrently with the defendant's state sentence.  Defendant Gioacchini advocates for a 41 month sentence. Defendant Gioacchini addresses the court.  Formal sentencing as to Simone: 63 months custody with judicial recommendation it be served in state facility, followed by 36 months supervised release on the standard conditions plus not possess a firearm or other dangerous weapon and submit to DNA testing.  Court does not impose a fine but does impose the mandatory $200 special assessment fee.  Formal sentencing as to Gioacchini: 41 months custody with the judicial recommendation that it be served in a state facility, followed by 36 months supervised release on the standard conditions plus not possess a firearm or other dangerous weapon and submit to DNA testing.  Court does not impose a fine but does impose the mandatory $700 special assessment fee.  Defendant also ordered to forfeit $7,500.00.  Both defendants advised of their rights to appeal and to counsel. |