UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 03-10356-MLW |
| | ) |
| VINCENT C. GIOACCHINI, (2) | ) |
| A/K/A DEE DEE | ) |
| Defendant. | ) |

### DISMISSAL OF DEFENDANT VINCENT C. GIOACCHINI
### FROM COUNTS THREE AND THIRTEEN

Pursuant to FRCP 48(a), the United State Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses the defendant VINCENT C. GIOACCHINI from so much of Counts One and Two as charge a pattern of racketeering activity consisting of Racketeering Act 1 and substantive Counts Three and Thirteen of the Indictment which charge him with conspiracy to extort (Hobbs Act) and interstate travel in aid of racketeering in violation of 18 U.S.C. §§ 1951 and 1952. In support of this dismissal, defendant VINCENT C. GIOACCHINI has pleaded guilty and been sentenced on Racketeering Acts 6, 7, 8, 10, and 11 of Counts One and Two and substantive Counts Seven, Eight, Nine, Ten, and Twelve of the Indictment, and the dismissal is in the interest of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By
HEIDI E. BRIEGER
ERNEST S. DiNISCO
Assistant U.S. Attorneys

Leave to File Granted:

MARK L. WOLF
United States District Court Judge

August 3, 2005