UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 03-10356-MLW |
| ) | |
| VINCENT C. GIOACCHINI, ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE**

WOLF, D.J.,

WHEREAS, on or about March 7, 2005, Defendant Vincent Gioacchini ("Gioacchini" or the "Defendant") pled guilty to, inter alia, racketeering in violation of 18 U.S.C. § 1962 (Counts One and Two, Racketeering Acts 6, 7, 8, 10, and 11, of the Indictment returned against him and others on November 20, 2003);

WHEREAS, in his written plea agreement, Gioacchini agreed to forfeit approximately seven thousand five hundred dollars ($7,500) in United States currency;

WHEREAS, Counts One and Two of the Indictment charged Gioacchini with unlawfully and knowingly conducting and participating, directly and indirectly, in the conduct of the affairs of the Enterprise, which was engaged in and the activities of which affected interstate commerce and foreign commerce, through a pattern of racketeering activity and the collection of unlawful debt, in violation of 18 U.S.C. § 1962;

WHEREAS, the relevant Criminal Forfeiture Allegations set forth at pages 100-101 of the Indictment charged that upon conviction, Gioacchini:

> shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 1963(a):
>
> (i) all interests the defendants have acquired and maintained in violation of Title 18, United States Code, Section 1962, wherever located, and in whatever names held;
>
> (ii) all interests in, securities of, claims against, and properties and contractual rights of any kind affording a source of influence over, any enterprise which the defendants have established, operated, controlled, conducted, and participated in the conduct of, in violation of Title 18, United States Code, Section 1962; and
>
> (iii) all property constituting, and derived from, any proceeds which the defendants obtained, directly and indirectly, from racketeering activity in violation of Title 18, United States Code, Section 1962. The property to be forfeited by the defendants pursuant to Title 18, United States Code, Section 1963, and subparagraphs (i) through (iii) of this paragraph, includes, but is not limited to, all of the defendants' joint and several interests in the following assets:
>
> (a) Approximately $750,000 in United States currency; ...;

WHEREAS, the Indictment charged further that if any of the property described in paragraph 2 of these forfeiture allegations as being forfeitable pursuant to Title 18, United States Code, Section 1963, as a result of any act or omission of the defendants --

> (a)   cannot be located upon the exercise of due diligence;
>
> (b)   has been transferred to, sold to, or deposited with a third party;
>
> (c)   has been placed beyond the jurisdiction of this Court;

2

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be divided without difficulty,

it is the intention of the United States, pursuant to Title 18, United States Code, Section 1963(m), to seek forfeiture of all other property of the defendants up to the value of the property described in subparagraphs (a) through (e) of this paragraph;

WHEREAS, in Section 6 of his plea agreement, Gioacchini agreed to forfeit to the United States, at the time of sentencing, $7,500 in United States currency or negotiable instruments, all of which constitute proceeds of the racketeering activity charged in Counts One and Two of the Indictment;

WHEREAS, on or about March 7, 2005, this Court issued a Preliminary Order of Forfeiture against the Defendant's interests in the $7,500 in United States currency that Gioacchini had agreed to forfeit in his plea agreement;

WHEREAS, on or about June 16, 2005, this Court sentenced Gioacchini to a term of 41 months incarceration, and included the forfeiture of $7,500 in United States Currency in its Judgment in a Criminal Case;

WHEREAS, on or about June 30, 2005, and pursuant to the terms of his plea agreement, Gioacchini turned over $7,500 in U.S. currency (the "Forfeited Asset") to the Internal Revenue Service;

3

WHEREAS, on November 9, 2005, November 16, 2005, and November 23, 2005, a Notice of Order of Forfeiture was published in the <u>Boston Herald</u> newspaper pursuant to 18 U.S.C. § 1963(l);

AND WHEREAS, to date, no other claims of interest in the Forfeited Asset have been filed with the Court and the time within which to do so has expired.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The United States' Motion for a Final Order of Forfeiture is allowed.

2. The United States of America is now entitled to the forfeiture of all right, title or interest in the Forfeited Asset and it is hereby forfeited to the United States of America pursuant to the provisions of 18 U.S.C. § 1963.

3. Any parties having any right, title or interest in the Forfeited Asset are hereby held in default.

4. The United States is hereby authorized to dispose of the Forfeited Asset in accordance with applicable law.

DONE AND ORDERED in Boston, Massachusetts, this 16th day of February, 2006.

_____
MARK L. WOLF
Chief United States District Judge